STATE OF NEW JERSEY v. GARY WEINSTEIN.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LEONARD BARNES.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY WALKER.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JUAN HERNANDEZ.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK GONZALEZ.

June 3, 1986.

Petition for certification denied.